IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| CORDARYL CORNELIUS BERRY,   )<br>                             )<br>     Plaintiff,            )<br>                             )     CIVIL ACTION NO.<br>     v.                      )        1:14cv874-MHT<br>                             )            (WO)<br> JUDGE LARRY K. ANDERSON,    )<br>                             )<br>     Defendant.             ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit complaining that the defendant state court judge acted towards him in a harsh, improper, or unethical manner.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed.  Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that

plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 14th day of October, 2014.

                     /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE